AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| James Beech <br> *Plaintiff* <br> v. <br> Rankin County, Mississippi; Officer Brett McAlpin, officially and in his individual capacity, et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 3:24-cv-845-DPJ-ASH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mark Chapman
Officially and in his individual capacity

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel D. Ware
Ware Law Firm, PLLC
103 3rd Street NW
Magee, Mississippi 39111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 12/31/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| James Beech <br> *Plaintiff* <br> v. <br> Rankin County, Mississippi; Officer Brett McAlpin, officially and in his individual capacity, et al <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-845-DPJ-ASH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brett McAlpin
Officially and in his individual capacity

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel D. Ware
Ware Law Firm, PLLC
103 3rd Street NW
Magee, Mississippi 39111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 12/31/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| James Beech | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3:24-cv-845-DPJ-ASH |
| Rankin County, Mississippi; Officer Bret McAlpin, officially and in his individual capacity, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rankin County, Mississippi
Chancery Clerk, Mark S. Scarborough
Brandon, Mississippi


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel D. Ware
Ware Law Firm, PLLC
103 3rd Street NW
Magee, MS 39111


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 12/31/2024

*Signature of Clerk or Deputy Clerk*