UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES BEECH                                                          PLAINTIFF

v.                                                    CAUSE NO. 3:24-cv-845-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI;
OFFICER BRETT MCALPIN,
officially and in his individual capacity;
OFFICER HUNTER CHAPMAN,
officially and in his individual capacity;
and JOHN OR JANE DOES 1 - 15                                        DEFENDANTS

---

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

---

This cause comes before the Court pursuant to FED. R. CIV. P. 41(a)(2), in which

Plaintiff, James Beech, by and through counsel, requests that any and all claims against all

Defendants be dismissed with prejudice. This Court, being fully advised in the premises, finds

that the terms of the dismissal are proper and hereby orders that any and all claims currently

pending in this litigation are hereby dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that any and all claims that

were or could have been included in Plaintiffs' [4] Amended Complaint and/or any other

amendments thereto in the above-styled and numbered litigation are dismissed with

prejudice, with each party to bear their respective attorneys' fees, costs, and expenses.

This final judgment dismisses all claims in the instant litigation such that it may be

finally closed on the Court's docket.

SO ORDERED AND ADJUDGED, this the _____ day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND REQUESTED BY:

 /s/ Daniel D. Ware
Daniel D. Ware, Esq. (dware@warelawfirm.com)
WARE LAW FIRM, PLLC
*Counsel for Plaintiff*

AGREED:

 /s/ Jason E. Dare
Jason E. Dare, Esq. (jdare@bislawyers.com)
BIGGS, INGRAM & SOLOP, PLLC
*Counsel for Defendants Rankin County & Chapman*